### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**TOMMY TAYLOR**                                                            **PLAINTIFF**

**v.**                                              **CIVIL ACTION NO. 4:12-cv-193-CWR-FKB**

**MICHAEL J. ASTRUE, Commissioner,**                          **DEFENDANT**
**United States Social Security**
**Administration**

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on December 13, 2012 and which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636 and Fed. Rule Civ. P. 72(b)(2), and this Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this Court.

**SO ORDERED**, this the 11th day of March, 2013.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE